Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DARLENE RAQUEL JOHNS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE RAQUEL JOHNS | Case No.: 1:20-cv-00362-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Darlene Raquel Johns and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from November 5, 2020 to December 3, 2020 for Plaintiff to file its Opening Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel requests additional time due to a backlog related to a heavy hearing calendar in September and October, and staffing issues related to Covid-19. Specifically, after a recent

-1-

change to Social Security Administrations calendaring system, Counsel attended 13 hearings in 22 business days in September and 13 hearings in 22 business days in October.  Counsel's calendar has returned to normalcy with only seven hearings set for November.

DATE: November 5, 2020                    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Darlene Raquel Johns


DATE:  November 5. 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Donna W. Anderson*

BY:_____
Donna W. Anderson
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for a 28-day extension of time to file her Opening Brief is GRANTED. Plaintiff shall file her Opening Brief on or before December 3, 2020. All other dates in the Court's Scheduling Order are modified accordingly.

The Court notes that the parties filed their stipulation on November 5, 2020, the applicable deadline for Plaintiff's Opening Brief. Counsel is reminded of the obligation to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. Future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *See* Local Rule 144(d).

IT IS SO ORDERED.

Dated:   **November 6, 2020**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

-3-